YATES, Presiding Judge.
AFFIRMED. NO OPINION.
See Rule 53(a)(1) and (a)(2)(F), Ala. R.App. P.; Terry Cove N., Inc. v. Baldwin Cty. Sewer Auth., Inc., 480 So.2d 1171 (Ala.1985); Jones v. Bullington, 401 So.2d 740 (Ala.1981); and Mays v. Julian LeCraw & Co., 807 So.2d 551 (Ala.Civ.App.2001).
This case was transferred to this court by the supreme court, pursuant to §. 12-2-7(6), Ala.Code 1975.
CRAWLEY, THOMPSON, and PITTMAN, JJ., concur.
MURDOCK, J., dissents, with writing.